DANIEL SIMON, OSB #124544
Deputy City Attorney
dan.simon@portlandoregon.gov
Portland City Attorney's Office
1221 SW 4th Ave., Rm. 430
Portland, OR  97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
*Of Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| JORGE BELLO, | 3:22-cv-00411 |
| **PLAINTIFF,** | |
| v. | **NOTICE OF REMOVAL UNDER 28 U.S.C. § 1441** |
| **CITY OF PORTLAND and JOHN OLIPHANT** | |
| **DEFENDANTS.** | |

TO:    THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON:

Removing party, City of Portland, by its undersigned attorney, respectfully shows this Court:

1.      The removing party, City of Portland, is the defendant in the above-entitled action.

2.      On December 30, 2021, the above-entitled action was commenced against the City of Portland in the Circuit Court of the State of Oregon for the County of Multnomah and is now pending in such court, with the court number 21CV49371.

3.      On February 17, 2022, a copy of the Summons and Complaint in the above-entitled state action was served upon the Portland City Attorney at the Offices of the City Attorney in Portland, Oregon.  On February 10, 2022, a copy of the Summons and Complaint in

Page  1  –  NOTICE OF REMOVAL UNDER 28 U.S.C. § 1441

the above-entitled state action was served upon defendant John Oliphant at their residence in Portland, Oregon.

4.     Each of the named defendants in this case agrees this action should be removed from state to federal court.

5.     No further proceedings have been had in this action in state court.

6.     This notice of removal is filed within 30 days after service of process.

7.     This Court has original jurisdiction of the above-entitled action pursuant to 28 U.S.C. §§ 1331 and 1343 because it is a suit for damages on account of an alleged violation of plaintiff's rights, privileges and immunities secured by the Constitution and laws of the United States.  This action is removable under 28 U.S.C. § 1441(a) and (b).

8.     Copies of the Complaint and Summons served on defendants City of Portland and John Oliphant are attached to this Notice.

9.     On the date set forth below, a copy of this notice was served on plaintiff's attorney.  On the same date, a copy of this notice was filed with the clerk of the Multnomah County Circuit Court in which the action was commenced.

WHEREFORE, the City of Portland requests that the above-entitled action be removed from the Circuit Court of the State of Oregon for the County of Multnomah to the United States District Court for the District of Oregon.

Dated:  March 14, 2022

DANIEL SIMON, OSB #124544
Deputy City Attorney
dan.simon@portlandoregon.gov
*Of Attorneys for Defendants*

Page  2  –  NOTICE OF REMOVAL UNDER 28 U.S.C. § 1441

CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing NOTICE OF REMOVAL UNDER 28 U.S.C. § 1441 on:

> Daniel K. Le Roux
> Andrew P. Freeman
> Unlawful Termination Lawyers, LLC
> 1500 SW 1st Avenue - Suite 800
> Portland, OR  97201
> *Of Attorneys for Plaintiff*

on March 14, 2022, by causing a full, true and correct copy thereof, addressed to the last-known

address (or fax number) of said attorney, to be sent by the following method(s):

☐      by **mail** in a sealed envelope, with postage paid, and deposited with the U.S. Postal Service in Portland, Oregon.

☐      by **hand delivery.**

☐      by **email** pursuant to LR 5-2(b).

☐      by **facsimile transmission.**

☒      by **email.**


DANIEL SIMON, OSB #124544
Deputy City Attorney
dan.simon@portlandoregon.gov
*Of Attorneys for Defendants*

Page  1  – CERTIFICATE OF SERVICE