DANIEL SIMON, OSB #124544
Deputy City Attorney
dan.simon@portlandoregon.gov
Portland City Attorney's Office
1221 SW 4th Ave., Rm. 430
Portland, OR  97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
*Of Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **JORGE BELLO,** | 3:22-cv-00411-SI |
| **PLAINTIFF,** | |
| v. | **NOTICE OF SETTLEMENT** |
| **CITY OF PORTLAND and JOHN OLIPHANT,** | |
| **DEFENDANTS.** | |

Pursuant to ORS 17.095, the City of Portland notifies the Court that this action has been settled pursuant to the terms of a Release and Hold Harmless Agreement, a copy of which is attached hereto as Exhibit 1.

Dated:  March 16, 2023

Respectfully submitted,

_____
DANIEL SIMON, OSB #124544
Deputy City Attorney
dan.simon@portlandoregon.gov
*Of Attorneys for Defendants*